UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DELLRECE WILLIAMS,

                Plaintiff,

                v.                  15-CV-594

DELAWARE HEIGHTS RECEIVER, LLC,

                Defendant.

## **ORDER**

On March 29, 2017, the Court ordered the plaintiff to show cause, in writing and before April 28, 2017, why this case should not be dismissed for failure to prosecute (Dkt. No. 2). No response having been filed by the plaintiff, this action is hereby dismissed with prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, both for failure to prosecute and for failure to comply with the Court's order to show cause.

        IT IS SO ORDERED.

                                    *Richard J. Arcara*
                              HONORABLE RICHARD J. ARCARA
                              UNITED STATES DISTRICT COURT

Dated: May 4, 2017